550 new

**FILED**

JUN 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  Roberts          Robert          B.

3       (Last)           (First)          (Initial)

4  Prisoner Number  F 33425

5  Institutional Address  San Quentin State Penitentiary

6  San Quentin California 94964

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  Robert Barry Roberts

9  (Enter the full name of plaintiff in this action.)

   CV 08     2944

10              vs.                    Case No. _____
                                       (To be provided by the Clerk of Court)

11  Scott Kernan, Chief Deputy Secretary    **COMPLAINT UNDER THE**
                                            **CIVIL RIGHTS ACT,**
12  California Department of Corrections     Title 42 U.S.C § 1983   **(PR)**

13  and Rehabilitations and

14  associates

15  (Enter the full name of the defendant(s) in this action)

   E-filing

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18        [**Note:** You must exhaust your administrative remedies before your claim can go

19        forward. The court will dismiss any unexhausted claims.]

20        A.    Place of present confinement  San Quentin State Penitentiary

21        B.    Is there a grievance procedure in this institution?

22              YES (X)    NO ( )

23        C.    Did you present the facts in your complaint for review through the grievance

24              procedure?

25              YES (X)    NO ( )

26        D.    If your answer is YES, list the appeal number and the date and result of the

27              appeal at each level of review. If you did not pursue a certain level of appeal,

28              explain why.

COMPLAINT                          - 1 -

1. Informal appeal There is no-longer an informal appeal process within CDCR in regards to your parole revocation. you must seek relief through the courts

2. First formal level I've filed a petition for writ of habeas corpus through the Superior Court of California County of Marin. "See writ and exibits attached"

3. Second formal level

4. Third formal level

E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES (X)      NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain why. There is no-longer an informal appeal for parole revocation. See notice and request for ruling attached to writ of Habeas Corpus

II.    Parties.

A.    Write your name and your present address.  Do the same for additional plaintiffs, if any.

See Stipulated order for permanent injunctive relief No Civ. S-94-0671 LKK/GGH Valdivia vs. Schwarzeneqqer

B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT                    -2-

1   See stipulated order for permanent injunctive relief

2   No Civ. S-94-0671 LKK/GGH Valdivia vs Schwarzenegger

3

4

5   III.   Statement of Claim.

6       State here as briefly as possible the facts of your case. Be sure to describe how each

7   defendant is involved and to include dates, when possible. Do not give any legal arguments or

8   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9   separate numbered paragraph.

10   The defendants by being bias in my parole revocation

11   process has placed the Valdivia remedy plan

12   Unconstitutional to defendant and parolee in the

13   revocation process of the Board of Prison Hearings.

14   The hearing panel consist of one individual in

15   the decision of good cause, guilt, and time exposure

16   in revocation of parolees parole supervision. The

17   hearing officer can act in bad faith and can be

18   bias or place the parolee in bad standings in

19   his decision in revocation with out being corrected

20   by an unbias impartial panel of peers before the

21   revocation hearing.

22

23   IV.   Relief.

24       Your complaint cannot go forward unless you request specific relief. State briefly exactly

25   what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26   See prayer for relief in petition for writ of habeas

27   Corpus filed in the Superior court of California In and for

28   the County of Marin, Case No. SC158604 A "attached"

COMPLAINT        - 3 -

1  discharge my parole supervisions restore my liberty
2  _____
3  _____
4  _____

5  I declare under penalty of perjury that the foregoing is true and correct.

6
7  Signed this ___7th___ day of ___June_____, 20 08

8
9  X Robert Barry Roberts
10                    (Plaintiff's signature)

11
12
13  My Projected Revocation Release Date, Parole Date
14  is the 11th of June 2008, please forward all of
15  the responces to the address entitled below.

16
17  Robert Barry Roberts F33425
18  Parole and Community Services Division
19  The Eureka Parole Unit
20  930 Third Street, Suite 100
21  Eureka, California . 95501

22                                    Cordially
23
24  X Robert Barry Roberts
25
26
27
28

COMPLAINT                        - 4 -

CR-175

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

Robert Barry Roberts F 33425
San Quentin State Prison
San Quentin, California. 94974

TELEPHONE NO.:

E-MAIL ADDRESS *(optional)*:                        FAX NO.:

ATTORNEY FOR *(Name)*: In Propria Persona

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin

In re Violation of 6th, 14th amendment, Parole Revocation Process

DEFENDANT: Robert Barry Roberts , on habeas corpus

Date of birth: 02 15 71    California Dept. of Corrections No. *(if applicable)*: F 33425

| NOTICE AND REQUEST FOR RULING (Cal. Rules of Court, rule 4.551(a)(3)(B)) | CASE NUMBER(S): SC158604A |
|---|---|

I, Robert Barry Roberts , filed a petition for writ of habeas corpus in the above entitled case in the Superior Court of California, County of *(name)*:

Marin     on *(date)*: 7th April 2008

As of this date, I have not received a ruling on the petition within 60 days of filing as required by rule 4.551(a)(3)(A) of the California Rules of Court. Therefore, I request that the court rule on the petition. (California Rules of Court, rule 4.551(a)(3)(B).) A copy of the original petition for writ of habeas corpus is attached to this *Notice and Request for Ruling.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Robert Barry Roberts

Date: 06·07·08

X Robert Barry Roberts

(TYPE OR PRINT NAME)                        (SIGNATURE)

My projected Revocation Release Date is June 11th 2008

**NOTICE AND REQUEST FOR RULING**
**(Criminal)**

Cal. Rules of Court, rule 4.551(a)(3)(B)

American LegalNet, Inc.
www.USCourtForms.com

Name Robert Barry Roberts

Address San Quentin State Prison

San Quentin California

94974

CDC or ID Number F33425

FILED

MC-275

APR 0 7 2008

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: C. Tai, Deputy

In the Superior Court of the State of California
In and for the County of Marin

(Court)

Robert Barry Roberts

Petitioner

California Department of Corrections Rehabilitation

Chief Deputy Secretary, Scott Kernan

Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

No. SC158604 A

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC–275

**This petition concerns:**

- [ ] A conviction
- [x] Parole
- [ ] A sentence
- [ ] Credits
- [ ] Jail or prison conditions
- [ ] Prison discipline
- [ ] Other (specify): _____

1. Your name: Robert Barry Roberts

2. Where are you incarcerated? San Quentin State Prison Reception Center

3. Why are you in custody? [x] Criminal Conviction  [ ] Civil Commitment

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   Second degree burglary; attempted auto theft

   b. Penal or other code sections: Pc 460(b) Pc 459; Pc 664 Vc 10851(a)

   c. Name and location of sentencing or committing court: Superior Court of the State of California, County of Humboldt. 825 5th St. Eureka Ca. 95501

   d. Case number: CR061377; CR060021

   e. Date convicted or committed: May 17th 2006

   f. Date sentenced: June 13th 2006

   g. Length of sentence: Three Years

   h. When do you expect to be released? August 19th 2007

   i. Were you represented by counsel in the trial court? [ ] Yes. [x] No. If yes, state the attorney's name and address:

   In Propria Persona

4. What was the LAST plea you entered? (check one)

   [ ] Not guilty  [ ] Guilty  [x] Nolo Contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   [x] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

MC–275

6. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

The Board of Prison Hearing has violated my sixth amendment by having
no impartial panel of peers unbias to defence, parolee, and the
BPH in revocation hearing. This is also a violation of due process
of the law under the fourteenth amendment.

a. **Supporting facts:**
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

On March 12th 2008 I went before hearing officer B. Rocco with my
attorney Silas Geneson, a revocation hearing (see attached)
BPH 1103-PCH Summary of Revocation Hearing and Decision,
Probable Cause Hearing. I was offered ICDTP. In Custody Drug
Treatment Program as I reject this offer. The hearing officer had
stated to me if you do not take the ICDTP you will receive
a seven month parole violation and I am not going to haggling
with you over it as this will be the recommendation of the
BPH in this matter. I took the offer under duress because
if I was to appear before the revocation hearing I would still
have no impartial panel of peers acting in the decision of
my parole revocation hearing.

b. **Supporting cases, rules, or other authority (optional):**
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Cunningham Vs California 2007 US
Blackley Vs Washington 2004 US

7.  Ground 2 or Ground _____ *(if applicable):*                                    MC–275

_____

_____

_____

_____

a.  Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

b.  Supporting cases, rules, or other authority:

_____

_____

_____

_____

_____

MC–275

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes. ☐ No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

First District Court of Appeal 350 McAllister Street San Francisco California

b. Result Conviction Confirmed                    c. Date of decision: May June 2007

d. Case number or citation of opinion, if known: Case No A114211

e. Issues raised: (1) _____

(2) _____

(3) _____

f. Were you represented by counsel on appeal? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:

Peter John Dodd Po Box 1065 Yreka California

9. Did you seek review in the California Supreme Court? ☒ Yes ☐ No. If yes, give the following information:

a. Result Conviction Confirmed                    b. Date of decision: July 2007

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

_____

_____

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

_____

_____

_____

_____

_____

_____

_____

_____

b. Did you seek the highest level of administrative review available? ☒ Yes. ☐ No.
*Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction,    MC–275
commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

13. a. (1) Name of court: _____

        (2) Nature of proceeding (for example, "habeas corpus petition"): _____

        (3) Issues raised: (a) _____

            (b) _____

        (4) Result *(Attach order or explain why unavailable):* _____

        (5) Date of decision: _____

    b. (1) Name of court: _____

        (2) Nature of proceeding: _____

        (3) Issues raised: (a) _____

            (b) _____

        (4) Result *(Attach order or explain why unavailable):* _____

        (5) Date of decision: _____

    c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

_____

_____

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:

_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

_____

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

I am being held in custody in this Courts judicial jurisdiction
_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: March 27th 2008        ► X Robert Barry Roberts
                                    (SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]        **PETITION FOR WRIT OF HABEAS CORPUS**        Page 6 of 6

Verification

I, Robert Barry Roberts, State

I am the petitioner in this action. I have read the foregoing petition for writ of habeas corpus and the facts stated therein are true of my own knowledge, except as to matters that are therein stated on my own information and belief, and as to those matters I do believe them to be true and correct.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Quentin State Prison on the 27th day of March 2008

X Robert Barry Roberts
Petitioner

Civil
Case Number

SC158604 A

Page 1 of 1

# Prayer For Relief

Petitioner is without remedy save by writ of habeas corpus.
WHEREFORE, petitioner prays the Court:

1. issue a writ of habeas corpus;
2. declare the rights of the parties;
3. reverse decision of revocation hearing, basis for disposition and Basis for Conclusion of Hearing Officer, B. Rocca
4. Summary of Disposition. Reject Parolee Decision to Accept Parole revocation time of seven months. Elegible 3057 Credits
5. Bring forward for full revocation hearing
6. Honor my sixth amendment and bring forward an impartial panel of peers of the state and district wherein the crime was committed and inform this impartial panel of the nature and cause of the accusation;
7. Honor my fourteenth amendment of due process of the Law;
8. Amend the Valdivia Remedial Plan to include impartial panel of peers before revocation hearing;
9. appoint counsel, attorney, award reasonable attorney fees;
10. grant any other and further relief the Court deems proper;

DATED: March 27, 2008

Cordially
X Robert Barry Roberts
Robert Barry Roberts

Page 1 of 1

1 Robert Barry Roberts F 33425
2 San Quentin State Penitentiary
3 San Quentin California 94974
4 In Propria Persona

5

6

7        in the Superior Court of the State of California
8           In and for the County of Marin

9

10                          Case No. SC158604A
11  In re                   Request for Appointment of
12  Robert Barry Roberts    Counsel and Declaration
13  On Habeas Corpus    /   of Indigency

14

15      I, Robert Barry Roberts, declare that I am a
16  petitioner to the above-referenced matter, that I am
17  incarcerated at San Quentin State Penitentiary, and
18  that I am indigent and unable to afford counsel. My
19  total assets are $ 0.00 and my income is $ 0.00 per
20  month.

21

22      I hereby request that counsel be appointed in this
23  matter so that my interests may be protected by the
24  professional assistance required. In addition, when a
25  Court issues an order to show cause, counsel must
26  be appointed for an indigent petitioner who request
27  Counsel.
28  California Rules of Court. rule 4.551 (c)(2)

                                    1 of 2

1
2
3
4   I declare under the penalty of perjury that the
5   foregoing is true and correct and that this declaration
6   was executed on the 11th day of June 2008
7
8
9
10
11
12
13                              Cordially
14
15                       X Robert Barry Roberts
16
17
18
19
20
21
22
23
24
25
26
27
28

                              2 of 2

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA

## SUMMARY OF REVOCATION HEARING AND DECISION

(BPH Rules, Chapter 6, Article 3)

| | Records Office Use Only |
|---|---|
| | Projected Revocation Release Date |
| | Revocation Release Date |
| | Controlling Discharge Date |
| | Discharge Review Date |

### PRELIMINARY INFORMATION

| Type of Hearing | Location of Hearing |
|---|---|
| PROBABLE CAUSE | Parolee in custody at Time of Hearing:  YES |

| Basis for Charges | Optional Waiver |
|---|---|
| Parole Violation Report, Dated:   28-FEB-2008 | NO    Date Signed by Parolee: |
| | Date of BPH Action: |
| Police Report Agency    Dated: 23-FEB-2008 | |
| EUREKA PD | Assessment: |

**Legal Data**

The crime for which the parolee was committed to prison occurred on or before 12-31-1978:  NO

The crime for which the parolee was committed to prison occurred on or after 1-1-1979:   YES

Date of arrest on current parole violation charge(s):  24-FEB-2008

Date hold was placed on current parole violation charge(s):  24-FEB-2008

**ADA    Special Needs:**

**Present at Hearing**    Hearing Officer: B ROCCO

1. [X] Yes  [ ] No  Parolee (If Parolee absent, Why?)
2. [X] Yes  [ ] No  Attorney Name: GENESON, SILAS          [ ] Waived
3. [ ] Yes  [ ] No  Agent of Record or Substitute:          Reason not present:
4. [ ] Yes  [ ] No  Hearing Agent:          Reason not present:
5. [ ] Yes  [X] No  Observers    Name and Organization:
6. [ ] Yes  [X] No  Interpreter Assigned Language          Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.** | | Testified | Excused | If absent, state specific reason. |
|---|---|---|---|---|---|---|---|---|---|
| Yes | No | | Meth.* | Date | Stat. | Req. | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*NOTIFICATION METHOD

M = Memo     PC = Personal Contact
L = Letter     SP = Subpoena
PH = Phone   TT = Teletype

**USE ABBREVIATION FOR WITNESS DESIGNATION

Status:  A = Adverse     Requested by:  S = State
F = Friendly          P = Parolee
V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ROBERTS, ROBERT | F33425 | EUREKA / 2 | 12-MAR-2008 |
| | | HAWS, LEWIS | |

BPH 1103-PCH (Rev. 01/05) Electronic          Page 1 of 5          PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS                                                    STATE OF CALIFORNIA

# SUMMARY OF REVOCATION HEARING AND DECISION

**Preliminary Information (cont.)**

H. HEARING:    Occurred

REASON:

Specify Witnesses/Documents needed for next hearing:

## SUMMARY OF FINDINGS

**ADMISSIONS/DENIALS AND FINDINGS**

| Charges | | | PCH | | Plea | | |
|---|---|---|---|---|---|---|---|
| | | | Prob Cause | Dismiss | Admit | Deny | No Plea |
| 1. | 019 | FAIL TO PARTICIPATE IN DRUG TREATMENT AS DIRECTED BY DAPO\ | X | | | | X |
| 2. | 750 | Possession of drug paraphernalia (related to drug use) | X | | | | X |
| 3. | 034 | Unauthorized possession of knife with a blade exceeding 2 inches | X | . | | | X |
| 4. | 709 | Use of heroin | X | | | | X |
| 5. | 778 | Use of amphetamine/methamphetamine | X | | | | X |
| 6. | 011 | Use of alcohol | X | | | | X |
| 7. | 719 | Use of cocaine | X | | | | X |

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| **ROBERTS, ROBERT** | **F33425** | **EUREKA / 2** | **12-MAR-2008** |
| | | **HAWS, LEWIS** | |

·PH 1103-PCH (Rev. 01/05) Electronic            Page 2 of 5                    PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS                                                    STATE OF CALIFORNIA
**SUMMARY OF REVOCATION HEARING AND DECISION**

### REASON FOR DECISION

**Basis for Conclusion:**

AMERICANS WITH DISABITIES ACT, EFFECTIVE COMMUNICATION, AND DUE PROCESS REVIEW WAS CONDUCTED VIA
DEC, 1073 AND ORAL INTERVIEW OF PAROLEE. NO ADA ISSUES NOTED. PAROLEE RECEIVED A COPY OF THE
VIOLATION REPORT AND MET WITH HIS ATTORNEY AND DISCUSSED ANY DEFENSE HE MAY HAVE AND ANY
CIRCUMSTANCES IN MITIGATION THAT MAY BE PRESENTED ON HIS BEHALF. PAROLEE IS READY TO GO FORWARD
WITH THE HEARING TODAY. ATTORNEY STIPULATED THAT THE PAROLEE'S RIGHTS HAVE BEEN MET. NO LEGAL
CAUSE WHY HEARING SHOULD NOT NOW GO FORWARD.


AFTER REVIEW OF THE VIOLATION REPORT, POLICE REPORT AND INTERVIEW WITH THE PAROLEE, THERE IS
SUFFICIENT EVIDENCE/INFORMATION FOR PROBABLE CAUSE BY THE PREPONDERANCE OF THE EVIDENCE ON
CHARGE(S) 1 AND 2.


**Basis for Disposition:**

BASED ON THE PAROLEE ADMITTED HE HAD BEEN USING DRUGS AND ALCOHOL AND WAS IN POSSESSION OF THE
KNIFE AND NEEDED IT BECAUSE HE WAS HOMELESS AND CAMPING.
ALL REMEDIAL SANCTIONS WERE CONSIDERRED, BUT DUE TO THE NATURE OF THE VIOLATION CHARGES AND WAS
FOUND TO BE APPROPRIATE. PAROLEE WAS OFFERRED CUSTODY ICDTP, BUT REJECTED THE OFFER.
PAROLEE OFFERRED 7 MONTHS ELIGIBLE AND ACCEPTED.

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|-----------|---------------------|--------------|
| ROBERTS, ROBERT | F33425 | EUREKA / 2 | 12-MAR-2008 |
| | | HAWS, LEWIS | |

BOARD OF PAROLE HEARINGS                                                                STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

### SUMMARY OF DISPOSITION

Parole Referral: RCOP

Custody Status: In Custody as of 24-FEB-08

| | |
|---|---|
| ☐ Continue on Parole | ☐ Schedule for Revocation |
| ☐ Dismiss | ☐ Other Non-Rev Sanction |

☒ Parole Revoked-Return to Custody: 7 months

Serve  ☐ Consecutively  ☐ Concurrently

☐ Parole Revoked-Return to Custody:  months for Psych Rx

☐ Time Served:  to

Hold Order: ☐ Place  ☐ Remove

**3057 Credits**

☒ Eligible

☐ Ineligible 3057d-1    Reason for Ineligibility:

    ☐ Commitment Offense:

    ☐ Revocation Offense:

    ☐ Parole Violation:

    ☐ Sentenced under PC 1168:

☐ Unsuitable for credits because of PC 3057(d)(2)(e)

    ☐ Prior Criminal History

    ☐ Circumstances & Gravity of Parole Violation

Specify Reason

**Parolee Decision**

☒ Accept  ☐ Reject  ☐ Optionally Waive

**Optional Waivers**

☐ Previous BPH Action of _____ is:

    ☐ Rescinded  ☐ Reaffirmed

**Special Conditions of Parole**

☐ Noted  ☒ Reaffirmed  ☐ Amended

**Other**

| Special Condition | Reason |
|---|---|
| | |

Instructions to CDCR or DAPO Staff

Miscellaneous Actions

---

**BPH HEARING PANEL**

NAME:

NAME:

DECISION REVIEW BY:

| REVOCATION HEARING TIME (MINUTES) | |
|---|---|
| 1. Prehearing Prep. Time: | 5 |
| 2. Actual Hearing Time: | 15 |
| 3. Report Completion Time: | 5 |
| 4. Other: | |
| **Total:** | 25 |

Hearing Accommodations (ADA) Provided: ☐ Yes  ☐ No

Accom:

---

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| ROBERTS, ROBERT | F33425 | EUREKA / 2 HAWS, LEWIS | 12-MAR-2008 |

PH 1103-PCH (Rev. 01/05) Electronic          Page 4 of 5          PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS                                                    STATE OF CALIFORNIA
## SUMMARY OF REVOCATION HEARING AND DECISION

### V. OBJECTIONS

[x] None    [ ] Yes

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|-----------|---------------------|--------------|
| ROBERTS, ROBERT | F33425 | EUREKA / 2<br>HAWS, LEWIS | 12-MAR-2008 |

**BOARD OF PRISON TERMS**                                                    **STATE OF CALIFORNIA**

# PAROLEE – ATTORNEY DECISION FORM
## BPT 1104(b)

**ASSESSMENT OFFER OF:** ___7___ months    INELIGIBLE / ELIGIBLE  (circle one)

---

☐ **NOTICE ACKNOWLEDGEMENT:** I have gotten and understand (or had explained to me) all necessary documents except the following (indicate form name and description or indicate "N/A" if you got everything):_____

*Select one of the five following options:*

☐ **1. ACCEPT:** I accept the return to custody order (assessment offer) and unconditionally give up my rights to contest the charges against me or have a probable cause or full revocation hearing. I also agree to any and all special conditions of parole imposed on me by the Board of Prison Terms.

☐ **2. OPTIONAL WAIVER:** I accept the assessment offer and optionally give up my right to a hearing (probable cause and full revocation) at this time because local charges have been filed. I may choose to have a hearing later (within 15 days of the end of local proceedings).

☐ **3.** I request a **PROBABLE CAUSE HEARING.** I understand that the assessment offer will remain open until the conclusion of the Probable Cause Hearing.

☐ **4.** I request an **EXPEDITED PROBABLE CAUSE HEARING.** (Please describe reason for this request on separate sheet. Note, an offer of proof is required to show there is a complete defense to the charges that are the basis of the parole hold).

☐ **5. REJECT:** I reject the screening offer, give up my right to a probable cause hearing, and request a full revocation hearing.

　　　☐ I intend to **admit** to the charges circled below. (Circle the appropriate charge numbers only; those not circled are presumed to be a plea of either deny or no plea):
　　　　　■ **Charges I Admit**　　1　　2　　3　　4　　5　　6　　7　　8

---

☐ I need the following ADA and/or foreign language accommodation for my hearing:_____

☐ **WAIVERS:** I give up my right to the following: (*Select all boxes that apply*)

　　　☐ I give up my right to call any witnesses at my full revocation hearing.

　　　☐ I give up my right to call my parole agent to attend my full revocation hearing.

　　　☐ I need _____ more days to prepare. I give up my right to have a timely (probable cause/full revocation) hearing. (Circle one or both).

| Signature of Inmate/Parolee | ☐ Inmate/Parolee refused to sign/appear (circle one or both).  Witness: | Date |
|---|---|---|
| Printed Name and Signature of Attorney | Telephone Number ( ) | Date |

---

**NAME** *Roberts, Robert*　　　**CDC NUMBER**　　　　**INST/REGION**

BPT 1104-B (Rev 01/05)
Distribution:  White-C-file, Green- BPT, Canary- Field File, Pink-Inmate/Parolee, Goldenrod-Attorney of Record



The California Parole Advocacy Program (CalPAP) is a program that arranges for you to have an attorney when you are charged with violating your parole. CalPAP is not part of the California Department of Corrections and Rehabilitation (CDCR), Parole, or the Board of Parole Hearings (BPH). CalPAP is part of the University of the Pacific's McGeorge School of Law.

CalPAP has assigned your case to an attorney who will represent you. Your attorney may give you a phone number where you can call him or her directly. Your attorney's phone number is written below.
You may also leave a message for your attorney by contacting CalPAP at the telephone number listed below.

Your attorney will be representing you at your hearing, and is responsible for managing your case and giving you advice. You should always try to ask your attorney questions about your case first. CalPAP staff will be able to provide you with limited information about your case.

**Assigned Attorney** ___Silas Geneson___

**Contact Telephone** ___(415) 558-1639___

**CalPAP Regional Office**
**Larkspur**
**PO Box 319**
**San Quentin, CA 94964**
**(415) 464 - 0574 - Collect Calls Accepted**

Notes
_____
_____
_____
_____
_____
_____



BINGHAM McCUTCHEN
KAREN KENNARD – 141925
KRISTEN A. PALUMBO - 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

STEPHEN J. PERRELLO, JR. – 56288
P.O. Box 880738
San Diego, California 92618
Telephone: (858) 277-5900

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
MARI L. WILLITS – 209612
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

ALEX LANDON – 50957
2442 Fourth Avenue
San Diego, California 92101
Telephone: (619) 232-6022

Attorneys for Plaintiffs

FILED
MAR - 9 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED
NOV 1 8 2003
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

RECEIVED
MAR 1 1 2004
ROSEN BIEN & ASARO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

No. Civ. S-94-0671 LKK/GGH

STIPULATED ORDER FOR
PERMANENT INJUNCTIVE RELIEF

ORIGINAL

1034

## II.   PARTIES

7.   The Plaintiff class consists of the following persons:  (1) California parolees who are at large; (2) California parolees in custody as alleged parole violators, and who are awaiting revocation of their state parole; and (3) California parolees who are in custody, having been found in violation of parole and sentenced to prison custody.

8.   The Defendants are state officials responsible for the policies and procedures by which California conducts parole revocation proceedings. Defendant Arnold Schwarzenegger is Governor of the State of California and Chief Executive of the state government. Defendant Roderick Q. Hickman is the Secretary of the California Youth and Adult Correctional Agency. Defendant Edward S. Alameida, Jr., is Director of the California Department of Corrections. Defendant Richard Rimmer is Deputy Director of the California Department of Corrections, Parole and Community Services Division ("P&CSD"). Defendant Carol A. Daly is a Commissioner and Chair of the Board of Prison Terms ("BPT"). Defendants Alfred R. Angele, Sharon Lawin, Booker T. Welch, Jones M. Moore, and Kenneth L. Risen are Commissioners of the BPT. Defendant Kenneth E. Cater is Chief Deputy Commissioner of the BPT.

## III.   DEFINITIONS

9.   The following terms when used in this Order shall have the meanings specified below:

(a) "Parolee(s)" shall mean any member of the Plaintiff class.

(b) "Day(s)" shall mean calendar days, unless otherwise specified.

(c) "Revocation process" or "revocation proceedings" shall mean all stages of the process by which parole may be revoked, including placement of a parole hold, notice, waivers, service of Return to Custody Assessments, and hearings.

(d) "Return to Custody Assessments" ("RTCAs") shall mean the practice by which Defendants offer a parolee a specific disposition in return for a waiver of the

1  RTCA stage of the revocation proceeding. Defendants shall provide an expedited

2  probable cause hearing upon a sufficient offer of proof by appointed counsel that there

3  is a complete defense to all parole violation charges that are the basis of the parole hold.

4         (ii) No later than 48 hours after the parole hold, or no later than the next

5  business day if the hold is placed on a weekend or holiday, the parole agent and unit

6  supervisor will confer to determine whether probable cause exists to continue the parole

7  hold, and will document their determination.

8         (iii) If the parole hold is continued thereafter, no later than 3 business days

9  after the placement of the hold, the parolee will be served with actual notice of the

10  alleged parole violation, including a short factual summary of the charged conduct and

11  written notice of the parolee's rights regarding the revocation process and timeframes.

12         (iv) For all parolees who do not waive or seek a continuance of a final

13  revocation hearing, Defendants shall provide a final revocation hearing on or before the

14  35th calendar day after the placement of the parole hold.

15     (c)    By July 1, 2004, Defendants shall serve on counsel for Plaintiffs an

16  assessment of the availability of facilities and a plan to provide hearing space for

17  separate probable cause hearings.

18     (d)    By July 1, 2005, in addition to the steps listed above, for all parolees who

19  do not waive or seek a continuance of a probable cause hearing, Defendants shall

20  provide a hearing to determine probable cause no later than 10 business days after the

21  parolee has been served with notice of the charges and rights (at the 3rd business day

22  after the placement of the hold).

23     (e)    Defendants shall complete implementation of the Policies and Procedures

24  by July 1, 2005.

25     12.    In addition to the provisions of the August 21, 2003 Remedial Plan Outline,

26  the Policies and Procedures shall ensure that the following requirements are met:

27     13.    At the time of appointment, counsel appointed to represent parolees who

28  have difficulty in communicating or participating in revocation proceedings, shall be

1    revocation hearings.

2        21.    Parolees' counsel shall have the ability to subpoena and present witnesses

3    and evidence to the same extent and under the same terms as the state.

4        22.    At probable cause hearings, parolees shall be allowed to present evidence

5    to defend or mitigate against the charges and proposed disposition. Such evidence shall

6    be presented through documentary evidence or the charged parolee's testimony, either

7    or both of which may include hearsay testimony.

8        23.    Final revocation hearings shall occur within 35 calendar days of the parole

9    hold.

10       24.    The use of hearsay evidence shall be limited by the parolees' confrontation

11   rights in the manner set forth under controlling law as currently stated in United States

12   v. Comito, 177 F.3d 1166 (9th Cir. 1999). The Policies and Procedures shall include

13   guidelines and standards derived from such law.

14

15   V.    STAFFING LEVELS

16       Defendants shall maintain sufficient staffing levels in the CDC and BPT to meet

17   all of the obligations of this Order.

18

19   VI.    MONITORING

20       25.    The parties shall cooperate so that Plaintiffs' counsel has access to the

21   information reasonably necessary to monitor Defendants' compliance with this Order

22   and the Policies and Procedures adopted in response thereto. Such information shall

23   include but not be limited to: access to documents, tours, observation of parole

24   revocation proceedings, observation of training sessions, interviews of staff, and

25   interviews with parolees. Plaintiffs' counsel may notice depositions under the Federal

26   Rules of Civil Procedure either: (1) if Plaintiffs' counsel are unable to obtain relevant

27   information through interviews and informal document requests, or (2) after notifying

28   Defendants of non-compliance with this Order under Section VII, below. Before

1  address at a future date whether 42 U.S.C. § 1997e(d) applies to an award of attorney's

2  fees in this suit.

3  IX.   RESOLUTION OF CLAIMS

4       31.   This stipulated order resolves all the claims in this case, except the

5  following, to the extent that they are alleged in the Fifth Amended Complaint, if at all:

6       a)   Appeals. Plaintiffs assert that Defendants' administrative-appeals system

7  for parole-revocation and revocation-extension decisions violates the Due Process and

8  Equal Protection Clauses of the Fourteenth Amendment.

9       (b)   Revocation-Extension Proceedings. Plaintiffs assert that Defendants'

10  policies, procedures, and practices for extending parole revocations based on alleged

11  rules violations while in custody violate the Due Process Clause.

12       32.   The parties anticipate that these issues will be resolved informally, without

13  need for the Court's intervention. The parties will inform the Court if this does not

14  occur.

15

16              IT IS SO STIPULATED:

17

18  Dated: November 12, 2003              ROSEN, BIEN & ASARO

19

20                              By  _____

21                                  MICHAEL BIEN

22

23  Dated: November 12, 2003              PRISON LAW OFFICE

24

25

26                              By  _____
                                    DONALD SPECTER

27                                  Attorneys for Plaintiffs

28

ORDER

1

2    The Court finds that this is not a "civil case with respect to prison conditions," as

3    those terms are defined and applied in the Prison Litigation Reform Act ("PLRA"), 18

4    U.S.C. § 3626, and that therefore this Order is not governed by the PLRA. Defendants,

5    their agents, employees, and successors in office are ordered to comply with all the

6    terms stated above.

7        IT IS SO ORDERED

8    Dated:  3/8 .  2004

9

10                                          LAWRENCE K. KARLTON
11                                          Chief Judge, Emeritus
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Valdivia Remedial Plan



Violation Occurs

Remedial Sanctions-if Appropriate
(COP/SATCU/Alternate Placement)

Probable Cause Determination Review/Case
Conference regarding PC 3056 Hold

Within 48 Hours of
Hold Placement
(if on Weekend/Hol
no later than next
Business day)

Parolee Noticed of Charges
(Activity Report)/
Interviewed and Provided Copies
(Charges; BPT 1073, Notice of Rights)

PCH Time starts 1st
day after Notice and
runs for 10 Bus. days

3 Business Days
of Hold Placement

Violation Report Submitted by Agent of Record

*1-3 Bus Days

Violation Report Reviewed by Unit Supervisor

4 Bus Days

Rev Packet Reviewed by Parole Administrator (PAD)

COP/
Remedial
Sanction

Decentralized Revocation Unit
Revocation Packets Received - Data Entry (RSTS)

5-6 Bus Days

Case
Resolved

Attorneys Receive Revocation Packets
and Consult with Parolee

RTC Assessment by DC or PAD
Offers Communicated to Attorneys

6-8 Bus Days

Accepts/
COP/CTS/
NIC/
Remedial
Sanctions/
Dismiss

Expedited Hearing with Offer of Proof

Probable Cause Hearing
DC or PAD/Attorney/Parolee
Exculpatory/Documentary Evidence Presented

9-10 Bus Days

Rejection of offer
(Witness Selection/Hearing Location/ADA Review)

Case
Resolved

Revocation Hearing

On or Before
35 Calendar
Days of Hold
Placement

Revised 9/21/03 (1130 Hours)

Impartial unbias panel of peers
before Revocation Hearing

These remedial sanctions are not considered violations of parole because participation in the remedial sanctions program is voluntary and participation in the remedial sanctions program will not make the parolee presumptively ineligible for discharge at 13 months.

The goal is to reduce the number of returns to prison for violations of parole by up to 10% in 2004 and by up to 30% by 2006.

IF REMEDIAL SANCTIONS ARE DEEMED INAPPROPRIATE AND A PAROLE HOLD IS PLACED ON THE PAROLEE, A PROBABLE CAUSE DETERMINATION/REVIEW WILL TAKE PLACE WITHIN 48 HOURS OF THE HOLD AND IF THE HOLD IS PLACED ON A WEEKEND OR HOLIDAY, THE PROBABLE CAUSE REVIEW WILL BE CONDUCTED NO LATER THAN THE NEXT BUSINESS DAY FOLLOWING THE HOLD BEING PLACED.

Although this probable cause review for parolees is not required under any of the current, relevant case law, it is being put in place in an attempt to take a second look at those individuals who have been placed into custody to determine if the "present danger to public safety" concern still exists or if remedial sanctions/community based treatment is possible at this juncture.

As an example, a parolee who was strung out on dope may have "dried out" sufficiently that he or she is no longer a danger to him or herself or the public and may be an appropriate candidate for community based treatment in a structured, supervised program.

Under such a scenario, the parolee would be released to a community based treatment program with the understanding that a specific condition of his or her release is the completion of the program and any other special conditions of parole that the Parole Agent deems appropriate.

Current regulation and case law require any special conditions of parole to have a nexus to the parolees' commitment offense or behavior.

2

On or before the 4th business day, the revocation packet is reviewed by the Parole Administrator to determine whether or not there is a sufficient basis for the case to move forward and whether or not Remedial Sanctions/Community Based Treatment is appropriate at this juncture.

On or before the 5th business day, the revocation packet is forwarded to the decentralized revocation unit where the parolee is being held.

On or before the 6th business day, the parolee (including non-Armstrong class members) shall be appointed an attorney and the attorney shall be provided with a copy of the revocation packet, which shall contain a signed copy of the notice of charges, notice of revocation of rights, and a completed BPT 1073.

Attorney shall meet with the Parolee, provide the parolee with a copy of the revocation packet, and shall communicate any offer or offers made by the Board of Prison Terms Deputy Commissioner/Parole Administrator prior to the probable cause hearing.

In the event the parolee can make a sufficient offer of proof of a complete defense to the charges the Board of Prison Terms Deputy Commissioner/Parole Administrator, an expedited Probable Cause Hearing with Documentary and/or live testimony shall be scheduled. As an example, if the parole has uncontroverted documentary evidence that he or she was in Santa Rita jail when this violation allegedly occurred in Los Angeles, parolee shall be allowed to present such evidence at an expedited probable cause hearing between the 6th and 8th business day or at the earliest time possible thereafter if parolee is unable to produce such evidence by the 6th to 8th day.

On or before the 6th to 8th business day, a return to custody assessment (an offer) is made by the Deputy Commissioner/Parole Administrator, and the offer shall be communicated to the parolee's attorney.

On or before the 10th business day, a Probable Cause Hearing shall be held with the Deputy Commissioner/Parole Administrator, the parolee, and parolee's attorney.

4

## REVOCATION HEARING

The revocation hearing shall be held at the earliest possible time and in no case later than 35 calendar days after the parole hold has been placed.

<u>DECLARATION OF SERVICE BY U.S. MAIL</u>

Case Name:   *Jerry Valdivia, et al. v. Gray Davis, et al.*

No.:   USDC, Eastern District of California, Case No. CIV-S-94-0671 LKK GGH P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 18, 2003, I served the attached

STIPULATED ORDER FOR PERMANENT INJUNCTIVE RELIEF

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

Karen L. Kennard
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Alex Landon
Law Offices of Alex Landon
1442 Fourth Avenue
San Diego, CA 92101

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA 94964

Stephen J. Perrello, Jr.
Law Offices of Stephen J. Perrello
P.O. Box 880738
San Diego, CA 92168

Michael W. Bien
Rosen, Bien & Asaro
155 Montgomery Street, 8th Floor
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 18, 2003, at Sacramento, California.

| R. Wells | R. Wells |
|----------|----------|
| Declarant | Signature |

10023332.wpd

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

William Vernon Cashdollar
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Erika C Aljens
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Benjamin Laurence Pavone
Law Office of Benjamin Pavone
7676 Hazard Center Drive
Fifth Floor
San Diego, CA  92108-4503

Thomas Stuart Patterson
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-7004

John T Philipsborn
Law Offices of John T Philipsborn
507 Polk Street
Suite 250
San Francisco, CA  94102

Kristen A Palumbo
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA  94111-4067

Peter D Nussbaum
Altshuler Berzon Nussbaum Rubin and Demain
177 Post Street
Suite 300
San Francisco, CA  94108

Mark F Adams
San Diego Criminal
Defense Bar Association
962 Fifth Avenue
Suite 214
San Diego, CA  92101

Michael J McCabe
Criminal Defense Lawyers
Club of San Diego
2442 Fourth Avenue
San Diego CA 92101

Jack L. Wagner, Clerk

by: Deputy Clerk

CONSTITUTION OF THE UNITED STATES

# Amendments

## AMENDMENT I

### Restrictions on Powers of Congress

[SECTION 1 *.]  Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

Proposed September 25, 1789; ratified December 15, 1791.

## AMENDMENT II

### Right to Bear Arms

[SECTION 1.]  A well regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed.

Proposed September 25, 1789; ratified December 15, 1791.

## AMENDMENT III

### Billeting of Soldiers

[SECTION 1.]  No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

Proposed September 25, 1789; ratified December 15, 1791.

## AMENDMENT IV

### Seizures, Searches and Warrants

[SECTION 1.]  The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Proposed September 25, 1789; ratified December 15, 1791.

* Words in brackets added.

---

CONSTITUTION OF THE UNITED STATES

## AMENDMENT V

### Criminal Proceedings and Condemnation of Property

[SECTION 1.]  No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

Proposed September 25, 1789; ratified December 15, 1791.

## AMENDMENT VI

### Mode of Trial in Criminal Proceedings

[SECTION 1.]  In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

Proposed September 25, 1789; ratified December 15, 1791.

## AMENDMENT VII

### Trial by Jury

[SECTION 1.]  In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

Proposed September 25, 1789; ratified December 15, 1791.

## AMENDMENT VIII

### Bails—Fines—Punishments

[SECTION 1.]  Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

Proposed September 25, 1789; ratified December 15, 1791.

56  CONSTITUTION OF THE UNITED STATES

## AMENDMENT IX

### Certain Rights Not Denied to the People

[SECTION 1.] The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people.

Proposed September 25, 1789; ratified December 15, 1791.

## AMENDMENT X

### State Rights

[SECTION 1.] The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

Proposed September 25, 1789; ratified December 15, 1791.

## AMENDMENT XI

### Judicial Powers

[SECTION 1.] The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another state, or by citizens or subjects of any foreign state.

Proposed March 4, 1794; ratified February 7, 1795, declared ratified January 8, 1798.

## AMENDMENT XII

### Election of President and Vice President

[SECTION 1.] The electors shall meet in their respective states and vote by ballot for President and Vice President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots, the person voted for as Vice President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate;—The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted.—The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of electors appointed; and if no person have such

57  CONSTITUTION OF THE UNITED STATES

majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the Vice President shall act as President, as in the case of the death or other constitutional disability of the President.

The person having the greatest number of votes as Vice President, shall be the Vice President, if such number be a majority of the whole number of electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice President of the United States.

Passed both Houses December 9, 1803, proposed (signed) December 12, 1803, declared ratified September 25, 1804.

## AMENDMENT XIII

### Slavery

SECTION 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

SECTION 2. Congress shall have power to enforce this article by appropriate legislation.

Proposed January 31, 1865; ratified December 6, 1865; certified December 18, 1865.

## AMENDMENT XIV

### Citizenship, Representation, and Payment of Public Debt

*Citizenship*

SECTION 1. All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or

58    CONSTITUTION OF THE UNITED STATES

property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

*Apportionment of Representatives*

SECTION 2.  Representatives shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the executive and judicial officers of a state, or the members of the legislature thereof, is denied to any of the male inhabitants of such state, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such state.

*Disqualification for Public Office*

SECTION 3.  No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any state, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any state legislature, or as an executive or judicial officer of any state, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each house, remove such disability.

*Public Debt, Guarantee of*

SECTION 4.  The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any state shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

*Power of Congress*

SECTION 5.  The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.
Proposed June 13, 1866; ratified July 9, 1868; certified July 28, 1868.

---

59    CONSTITUTION OF THE UNITED STATES

## AMENDMENT XV

### Elective Franchise

*Right of Citizens to Vote*

SECTION 1.   The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any state on account of race, color, or previous condition of servitude.

*Power of Congress*

SECTION 2.   The Congress shall have power to enforce this article by appropriate legislation.
Proposed February 26, 1869; ratified February 3, 1870; certified March 30, 1870.

## AMENDMENT XVI

### Income Tax—Congress Given Power to Lay and Collect

The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the several states, and without regard to any census or enumeration.
Proposed July 2, 1909; ratified February 3, 1913; certified February 25, 1913.

## AMENDMENT XVII

### Popular Election of Senators

[SECTION 1.]   The Senate of the United States shall be composed of two Senators from each state, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each state shall have the qualifications requisite for electors of the most numerous branch of the state legislatures.

[SECTION 2.]   When vacancies happen in the representation of any state in the Senate, the executive authority of such state shall issue writs of election to fill such vacancies: *Provided,* That the legislature of any state may empower the executive thereof to make temporary appointments until the people thereof shall fill the vacancies by election as the legislature may direct.

[SECTION 3.]   This amendment shall not be so construed as to affect the election or term of any Senator chosen before it becomes valid as part of the Constitution.
Proposed May 13, 1912; ratified April 8, 1913; certified May 31, 1913.
NOTE.—The Seventeenth Amendment was proposed as a direct amendment of Article I, Section 3, of the Constitution.

62    CONSTITUTION OF THE UNITED STATES

*Condition of Ratification*

SECTION 3. This article shall be inoperative unless it shall ha[ve] been ratified as an amendment to the Constitution by convention[s] the several states, as provided in the Constitution, within seven ye[ars] from the date of the submission hereof to the states by the Congre[ss]

Proposed February 20, 1933; ratified December 5, 1933; certified Decem[ber] 5, 1933.

Ratified by the California State Convention on July 24, 1933.

## AMENDMENT XXII

### Terms of Office of the President

*Limitation on Number of Terms*

SECTION 1. No person shall be elected to the office of the Presiden[t] more than twice, and no person who has held the office of President, [or] acted as President, for more than two years of a term to which som[e] other person was elected President shall be elected to the office of th[e] President more than once.

But this article shall not apply to any person holding the office [of] President when this article was proposed by the Congress, and shall no[t] prevent any person who may be holding the office of President, or ac[t]ing as President, during the term within which this article becomes op[er]ative from holding the office of President or acting as President du[r]ing the remainder of such term.

*Condition of Ratification*

SECTION 2. This article shall be inoperative unless it shall hav[e] been ratified as an amendment to the Constitution by the legislature[s] of three-fourths of the several states within seven years from the date [of] its submission to the states by the Congress.

Proposed March 24, 1947; ratified February 27, 1951; certified March 1, 195[1]. [16 Fed. Reg. 2019 (1951).]

## AMENDMENT XXIII

### District of Columbia

SECTION 1. The district constituting the seat of government of the United States shall appoint in such manner as the Congress may direct:

A number of electors of President and Vice President equal to the whole number of Senators and Representatives in Congress to which the district would be entitled if it were a state, but in no event more than the least populous state; they shall be in addition to those appointed by the states, but they shall be considered, for the purposes of the election of President and Vice President, to be electors appointed by a state; and they shall meet in the district and perform such duties

63    CONSTITUTION OF THE UNITED STATES

[vided] by the twelfth article of amendment.

SECTION 2. The Congress shall have power to enforce this article [by ap]propriate legislation.

[Pro]posed June 16, 1960; ratified March 29, 1961; certified April 3, 1961.

## AMENDMENT XXIV

### Qualifications of Electors; Poll Tax

SECTION 1. The right of citizens of the United States to vote in any [pri]mary or other election for President or Vice President, for electors [for] President or Vice President, or for Senator or Representative in [Con]gress, shall not be denied or abridged by the United States or any [sta]te by reason of failure to pay any poll tax or other tax.

SECTION 2. The Congress shall have power to enforce this article [by] appropriate legislation.

[Pro]posed September 14, 1962; ratified January 23, 1964; certified February 4, [19]65.

## AMENDMENT XXV

### Succession to Presidency and Vice Presidency; Disability of President

SECTION 1. In case of the removal of the President from office or of [his] death or resignation, the Vice President shall become President.

SECTION 2. Whenever there is a vacancy in the office of the Vice President, the President shall nominate a Vice President who shall take office upon confirmation by a majority vote of both houses of Congress.

SECTION 3. Whenever the President transmit to the President pro Tempore of the Senate and the Speaker of the House of Representa[tives] his written declaration that he is unable to discharge the powers and duties of his office, and until he transmits to them a written dec[la]ration to the contrary, such powers and duties shall be discharged by the Vice President as Acting President.

SECTION 4. Whenever the Vice President and a majority of either the principal officers of the executive departments or of such other body as Congress may by law provide, transmit to the President pro Tempore of the Senate and the Speaker of the House of Representa[ti]ves their written declaration that the President is unable to discharge [th]e powers and duties of his office, the Vice President shall immedi[ate]ly assume the powers and duties of the office as Acting President.

Thereafter, when the President transmits to the President pro Tem[po]re of the Senate and the Speaker of the House of Representatives his written declaration that no inability exists, he shall resume the powers [an]d duties of his office unless the Vice President and a majority of ei[ther the] principal officers of the executive department or of such other

64          CONSTITUTION OF THE UNITED STATES

body as Congress may by law provide, transmit within four days to the President pro Tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office. Thereupon Congress shall decide the issue, assembling within forty-eight hours for that purpose if not in session. If the Congress, within twenty-one days after receipt of the latter written declaration, or, if Congress is not in session, within twenty-one days after Congress is required to assemble, determines by two-thirds vote of both houses that the President is unable to discharge the powers and duties of his office, the Vice President shall continue to discharge the same as Acting President; otherwise, the President shall resume the powers and duties of his office.

Proposed July 6, 1965; certified February 23, 1967.

## AMENDMENT XXVI

### Voting Age—Eighteen

SECTION 1.  The right of citizens of the United States, who are eighteen years of age or older, to vote shall not be denied or abridged by the United States or by any state on account of age.

SECTION 2.  The Congress shall have power to enforce this article by appropriate legislation.

Proposed March 23, 1971; ratified July 1, 1971; certified July 7, 1971.

## AMENDMENT XXVII

### Compensation of Members of Congress

No law, varying the compensation for the services of the Senators and Representatives, shall take effect, until an election of Representatives shall have intervened.

Proposed September 25, 1789; ratified May 7, 1992; certified May 18, 1992. [57 Fed. Reg. 21187 (1992)].
Ratified by the California State Legislature July 1, 1992.

Index to Constitution of the United States

Case 3:08-cv-02741... Document... Filed 06/23/08 Page 40 of 40