

FILED
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Robert Barry Roberts, Plaintiff,

CASE NO. CV 08 2944

vs.

California Department of Corrections
and Rehabilitations, Defendant. and associates
Chief Deputy Secretary, Scott Kernan

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

MMC

(PR)

I, Robert Barry Roberts, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No  X 

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $0.00                    Net: $0.00

Employer: Student

_____

APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Labor Ready, Eureka, California
5  $50.00 a day.
6  
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.  Business, Profession or                Yes ___ No _X_
10         self employment
11     b.  Income from stocks, bonds,             Yes ___ No _X_
12         or royalties?
13     c.  Rent payments?                         Yes ___ No _X_
14     d.  Pensions, annuities, or                Yes ___ No _X_
15         life insurance payments?
16     e.  Federal or State welfare payments,     Yes ___ No _X_
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.  Are you married?                           Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ 0.00                Net $ 0.00
28 4.  a.  List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  _____
6  _____

7  5.    Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $ 0.00   Amount of Mortgage: $ 0.00
9  6.    Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No _X_ If so, Total due: $ 0.00
12 Monthly Payment: $ 0.00
13 7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ 0.00
17 Do you own any cash? Yes ___ No _X_ Amount: $ 0.00
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____

21 8.    What are your monthly expenses?
22 Rent: $ 0.00     Utilities: $ 0.00
23 Food: $ 0.00     Clothing: $ 0.00
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

APP. TO PROC. IN FORMA PAUPERIS    - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

BARMTYPC
_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes _X_ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

As of to the date I've not filed a claim through the California Victim Compensation and Government Claims Board

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7th June 2008                    X Robert Barry Robert
DATE                             SIGNATURE OF APPLICANT

IS. APP. TO PROC. IN FORMA PAUPERIS         - 4 -