C08-2944 MMC

Clerk of the United States District Court
For the Northern District of California

FILED

08 AUG 13 AM 11:26

.6th August 2008

While I was incarcerated at San Quentin State Prison I had sent to you the code clerk of the court a complaint by a prisoner under the civil rights act. 42 USC 1983 and I did submitt a prisoners In Forma Paciperis applacation along with my COC # F 33425. I had mailed this from S.Q.S.P. around the 10th of June 2008. As of to date I've recieved no reply from this court.

Please note changed Please note change of address below -

Robert Barry Roberts
1901 2nd Street
Eureka, California. 95501

Cordially

Robert Barry Roberts

Ps
Please send respance
to address forthwith

EUREKA CA 955

06 AUG 2008 PM 1 T

Robert Barry Roberts
1901 Second Street
Eureka, California. 95501

Clerk of the United States District Court
United States District Court
For the Northern District of California
450 Golden Gate Avenue
Box 36060
94102-3555
San Francisco, California, 94102