**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARRY ROBERTS, ) | No. C 08-2944 MMC (PR) |
| Plaintiff, ) | |
| v. ) | **ORDER OF DISMISSAL; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| SCOTT KERNAN, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ) | **(Docket No. 2)** |
| Defendants. ) | |

    On June 12, 2008, plaintiff, a California prisoner then incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983, along with a motion for leave to proceed in forma pauperis ("IFP"). That same date, the Court mailed plaintiff a notice that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved IFP application. On June 18, 2008, said notice was returned to the Court as undeliverable because plaintiff was not at the address he had provided to the Court in his complaint.

    Pursuant to the Civil Local Rules of this district, "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." See Civ. L. R. 3-11(a). Where mail directed to such party "has been returned to the Court as not deliverable" and "the Court fails to receive within 60 days of this return a written

1 communication from . . . the *pro se* party indicating a current address," the Court "may
2 dismiss the complaint without prejudice." See Civ. L.R. 3-11(b).
3     Here, more than sixty days have passed since plaintiff's mail was returned to the
4 Court as undeliverable, and plaintiff has not notified the Court of his correct current address.
5 Accordingly, the above-titled action is hereby DISMISSED without prejudice, and leave to
6 proceed IFP is hereby DENIED.
7     This order terminates Docket No. 2.
8     The Clerk shall close the file.
9     IT IS SO ORDERED.
10 DATED: August 19, 2008
11                                 MAXINE M. CHESNEY
                                 United States District Judge

**United States District Court**
For the Northern District of California