IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT BARRY ROBERTS,

        Plaintiff,

  v.

SCOTT KERNAN, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

        Defendants.
                                     /

No. CV-08-2944 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice, and leave to proceed IFP is hereby DENIED.

Dated: August 19, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk